MKP LAW GROUP
468 N. Camden Dr., Ste. 200
Beverly Hills, CA 90210
Phone: (310) 285-5353
Jordan W. Peagler, Esq. (SBN 300026)
jpeagler@mkplawgroup.com

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| PATRICIA LUMAS, | Case No. **'19CV0294 W    WVG** |
|---|---|
| Plaintiff, | |
| vs. | **COMPLAINT** |
| UNITED STATES OF AMERICA; and BARBARA ANTONE; | (Jury Trial Requested) |
| Defendants. | |

Plaintiff PATRICIA LUMAS (hereinafter "Plaintiff"), through undersigned counsel, complains of Defendants, United States of America and Barbara Antone, and for cause of action show the following:

## I. INTRODUCTION

1. This is an action against Defendant United States of America under the Federal Torts Claims Act, (28 U.S.C. § 2671, *et seq.*) and 28 U.S.C. §1346(b)(1), for negligence in connection with a single vehicle collision that occurred on May 25, 2017.

///

///

///

1

2. The claims herein are brought against the Defendant pursuant to Federal Tort Claims (28 U.S.C. §2671, *et seq.*) and 28 U.S.C. § 1346 (b)(1) for money damages as compensation for personal injuries caused by the negligence of Defendants.

3. Plaintiff Patricia Lumas has fully complied with the provisions of 28 U.S.C. §2675 of the Federal Torts Claims Act. *Standard Form 95 attached as Exhibit 1.*

4. This suit has been timely filed, in that Plaintiff timely served notice of her claim on the Department of Health and Human Services less than two years after the incident forming the basis of this lawsuit.

5. Plaintiff is now filing this Complaint pursuant to 28 U.S.C. §2401(b).

## II. PARTIES, JURISDICTION, AND VENUE

6. Plaintiff Patricia Lumas, is, and at all times relevant hereto was, a resident of Yuma County, Arizona.

7. Defendant United States of America, through its agency, the Department of Health and Human Services and/or the Bureau of Indian Affairs, employs Barbara Antone and Fort Yuma Quechan Indian Tribe.

8. Pursuant to 42 U.S.C. §233(a), Congress has provided that the remedy provided in 28 U.S.C. §§1346(b) and 2672 against any person deemed to be a Public Health Services Officer or employee "for damage for personal injury . . . resulting from the performance of medical, dental, or related functions, . . . while acting within the scope of his office or employment, shall be exclusive of any other civil action or proceeding" and shall be against the United States of America.

9. At all times relevant to this Complaint, Barbara Antone was employed for Defendant Fort Yuma Quechan Indian Tribe.

10. At all times relevant to this Complaint, the directors, officers, operators, administrators, employees, agents, and staff were employed by and/or acting on behalf of the Defendants.

11. Furthermore, the Defendants, and each of them, are responsible for the negligent acts of their employees and agents under the theory of *respondeat superior*.

12. Jurisdiction of this action is based upon and consistent with 28 U.S.C. § 1346(b)(1).

13. Venue is proper under 28 U.S.C. §1402(b) in that all, or a substantial part, of the acts and omissions forming the bases of these claims occurred in the Southern District of California.

### III. FACTS OF THE CASE

14. On May 25, 2017, Plaintiff was a rear seat passenger in a 2016 Chevrolet Malibu (hereinafter the "Subject Vehicle"), owned and operated by the Fort Yuma Quechan Indian Tribe.

15. At the above-referenced date and time, the Subject Vehicle was being driven by Fort Yuma Quechan Indian Tribe Language Coordinator Barbara Antone at or near 1852 Arnold Road, Winterhaven, CA.

16. On the date of the incident, Defendant Antone failed to exercise reasonable care in the operation of the Subject Vehicle

17. Defendant Antone recklessly operated the Subject Vehicle by failing to apply the brakes and thereby crashing into a palm tree.

18. Ms. Antone failed to pay attention and failed to control the speed of the Subject Vehicle so as to avoid a collision.

19. Ms. Antone failed to utilize the Subject Vehicle's rear-view mirror and side view mirrors while reversing to determine if it was safe to proceed.

20. Plaintiff suffered serious personal injuries as a result of the subject incident.

### IV. CAUSES OF ACTION

### COUNT 1 : GENERAL NEGLIGENCE

21. Plaintiff re-alleges and incorporates by reference all preceding paragraphs of this Complaint as though fully set forth herein.

22. On the date of the incident, Defendants, and each of them, owed a duty of care to Plaintiff to avoid negligent acts and omissions.

23. In committing the negligent acts and omissions alleged-above on the date of the incident, Defendants breached that duty of care owed to Plaintiff.

24. As direct and proximate results of Defendants' breaches, Plaintiff suffered severe injuries.

25. As a result of her injuries, Plaintiff suffered economic damages including but not limited to medical expenses.

26. As a further result of her injuries, Plaintiff suffered non-economic damages including past and future pain and suffering.

27. The foregoing damages are all in amounts in excess of the minimum jurisdictional limits of this Court.

## V. AD DAMNUM

**WHEREFORE** as a direct result of Defendants' tortious acts and omissions, Plaintiff prays for judgment in its favor and requests that the case be tried to a jury and this Court:

A. Award to Plaintiff actual damages in a just and reasonable sum;

B. Award to Plaintiff all special damages in a sum to be determined herein;

C. Order Defendant to pay costs;

D. Order Defendant to pay prejudgment and post-judgment interest; and

E. Grant to Plaintiff such other and further legal or equitable relief as this Court deems just and proper.

DATED: 2/8/2019

**MKP LAW GROUP**

Jordan W. Peagler, Esq.
Attorney for Plaintiff

# EXHIBIT 1

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| U.S. Department of Health & Human Services<br>Office of the General Counsel, General Law Division<br>330 "C" Street SW, Suite 2600, Switzer Building<br>Washington, D.C. 20201 | Patricia A. Lumas<br>c/o M. David Karnas<br>Karnas Law Firm<br>215 S. 2nd Avenue, Yuma, AZ 85364 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>05/25/2017   Thursday | 7. TIME (A.M. OR P.M.)<br>9:45 a.m. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

On May 25, 2017, at approximately 9:45 a.m., Patricia Lumas was a rear seat passenger in a 2016 Chevrolet Malibu, owned by Fort Yuma Quechan Indian Tribe, operated by Fort Yuma Quechan Indian Tribe Language Coordinator Barbara Antone Levy, at 1852 Arnold Road, Winterhaven, CA. Ms. Levy recklessly operated 2016 Chevrolet Malibu in by crashing into a palm tree. The impact caused the tree to crack and Ms. Lumas to hit the rear seat window. As a further result of the impact, Ms. Levy was seriously injured, suffering head, neck, back and shoulder pain. These injuries were a proximate result of Ms. Levy's negligence.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Fort Yuma Quechan Indian Tribe, 350 Quechan Tribe, Winterhaven, CA 92283

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

2016 Chevrolet Malibu $1,820.24 in damages to rear of vehicle. Vehicle is assumed to still be in the possession of Fort Yuma Quechan Indian Tribe.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

see No 8 Above. Ms. Lumas present to Yuma Regional Medical Center ER on May 25, 2017 for evaluation of her headaches, concussion, and low back pain. She was discharged, but advised to return on June 2, 2017 for follow up for a CT Scan. Ms. Lumas further treated with Yuma Integrated and Pain, where she received chiropractic treatment. In addition, Ms. Lumas has treated with FXRX Orthopedics and is being scheduled for surgical repair of her shoulder tear.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Daisy Golding | 1852 Arnold Rd, Winterhaven, CA |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 0.00 | 250,000.00 | 0.00 | 250,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] Karnas for Client | (520) 609-6500 | 02/06/2018 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |

15. Do you carry accident insurance? [X] Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

USAA Insurance 9800 Fredericksburg Road, San Antonio, TX
Policy #GIC 028228522 7103

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  [ ] Yes  [X] No   17. If deductible, state amount.

N/A

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? [ ] Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

See #15 above.

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in Item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. Principal Purpose: The information requested is to be used in evaluating claims.
  C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK